GERTRUDE BATY, Appellant, *v.* THE CITY OF BINGHAMTON, Respondent.

GEORGE F. BATY, Appellant, *v.* THE CITY OF BINGHAMTON, Respondent.

(Argued November 30, 1932; decided December 16, 1932.)

*C. Addison Keeler* for appellants.

*William L. Lewis, Corporation Counsel,* for respondent.

Judgment in each action affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.